REC'D & FILED

# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

2010 OCT 13 PM 2: 04

7 Southwoods Boulevard,, Albany, New York 12211

BANKRUPTCY COURT
N.D. OF NY
ALBANY

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** | Telephone: (518) 449-2043 | For payments Only |
| Trustee | Facsimile: (518) 449-2473 | P.O Box 1918 |
| **Bonnie Baker, Esq.** | | Memphis, TN  38101-1918 |
| Assoc. Attorney | | |

October 12, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    07-13452          James J. Ingoldsby

To Whom It May Concern:

  Enclosed please find check **#921976** in the amount of **$.01.** The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

  Debtor Refund:  James J. Ingoldsby
          187 Mt. Hope Drive
          Albany, NY 12202

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli